1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GALU REALTY, a California General Partnership; PHILIP A. GALU, an individual; and DOMINIC T. GALU, an individual, <br><br> Defendants | CASE NO. CV-10-3996-JL  JSC <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-10-3996-JL

1      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4      This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.

6
7  Dated: _____, 2011      THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*
8
9                                                  By: _____
10                                                         Thomas E. Frankovich
                                                Attorney for Plaintiff CRAIG YATES, an individual
11
12
13 Dated: 19 July, 2011        Fried & Williams LLP
                                               Attorneys at Law
14
                                               By: _____
15                                               Alana Grice Conner
                                              Attorneys for GALU REALTY, a California General
16                                               Partnership; PHILIP A. GALU, an individual; and
                                              DOMINIC T GALU, an individual
17
18
19
## ORDER
20
21     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22 Fed.R.Civ.P.41(a)(1)   IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
23 purpose of enforcing the parties' Settlement Agreement and General Release should such
24 enforcement be necessary.

25
26 Dated: _____, 2011

27
28                                                       Honorable Judge James Larson
                                                      UNITED STATE DISTRICT JUDGE

-2-

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: ___July 19___, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: __/s/Thomas E. Frankovich__
   Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES, an individual

Dated: _____, 2011

Fried & Williams LLP
Attorneys at Law

By: _____
   **Alana Grice Conner**
Attorneys for GALU REALTY, a California General Partnership; PHILIP A. GALU, an individual; and DOMINIC T. GALU, an individual

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __July 24__, 2011

*Jacqueline Scott Corley*
~~Honorable Judge James Larson~~ JACQUELINE SCOTT CORLEY
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON          CASE NO. CV-10-3996-JL